[No. 10,511.—Department Two.]
## PEOPLE v. MICHAEL WELCH.

APPEAL—RECORD.

APPEAL from a judgment, and an order denying a new trial, in the Superior Court of the County of Inyo. HANNAH, J.

The COURT:

The appeal in this case was taken from the order of the Court below denying defendant's motion for new trial. There is no bill of exception, no statement, no affidavit in the transcript. The order is therefore affirmed.